UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:   04-60169-CIV-SEITZ

MAGISTRATE JUDGE BANDSTRA

RICK HERNANDEZ, a minor child, by and
through his mother and next friend, BRIGITTE
HERNANDEZ and BRIGITTE HERNANDEZ,
Individually,

            Plaintiffs,

VS.

BRUNSWICK CORPORATION, a Delaware
corporation,

            Defendant.
_____/



FILED by ___ D.C.
SEP 0 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION FOR COURT APPROVAL OF MINOR'S SETTLEMENT

COME NOW, Plaintiffs, RICK HERNANDEZ, a minor child, by and through his mother and next friend, BRIGITTE HERNANDEZ and BRIGITTE HERNANDEZ, individually by and through the undersigned counsel, and moves this Court for an Order approving minor's settlement and in support thereof states:

1.    The subject cause of action arises as a result of a crash that occurred on January 15, 2003, in Broward County, Florida. At said time and place Plaintiff's minor, **RICK HERNANDEZ**, was riding a Mongoose bicycle manufactured and/or distributed by Defendant, **BRUNSWICK CORPORATION** (hereinafter referred to as **"BRUNSWICK"**), when he was struck by a motorist. Plaintiffs alleged that a malfunction in the Mongoose bicycle caused or contributed to cause the aforesaid motor vehicle accident which resulted in permanent injuries to **RICK HERNANDEZ**.

1



2. The parties hereto have conducted extensive investigations and discovery into the cause(s) of this crash and the alleged malfunction of the subject bicycle. Based upon such investigation, a settlement has been reached and has been agreed to by both parties.

3. The Defendant, **BRUNSWICK CORPORATION**, disclaims any liability, but has offered a full and final settlement in an amount the parties agreed to keep confidential.[1] Should this Honorable Court require disclosure of the amount of the proposed settlement the parties will disclose same *in camera*.

4. Based upon all the circumstances presented in this civil case, including the comparative negligence of Plaintiff's minor and the motorist who struck Plaintiff's minor, and based on a careful analysis of the product itself, the Plaintiffs believe that the proposed settlement is fair and reasonable and should be accepted.

5. Plaintiff, **BRIGITTE HERNANDEZ**, believes that it would be in the best interest of her minor son that the net settlement proceeds be deposited in a restricted interest bearing account until the minor reaches the age of eighteen (18).

6. An Order Authorizing Settlement of Minor's Calim was entered on August 24, 2005 by the Hon. Martin S. Dishowitz in the Probate case of In Re: Guardianship of Rick Hernandez, Case No. 05-0154. See copy of redacted Order Authorizing Settlement of Minor's Claim attached hereto as Exhibit A.

7. The Plaintiff, BRIGITTE HERNANDEZ and the Guardian for the minor Plaintiff, Elizabeth Hernandez, have executed the necessary General Release and same has been forwarded to counsel for Defendant along with a Stipulation and Order of Dimissal with Prejudice.

**WHEREFORE,** the Plaintiffs, RICK HERNANDEZ, a minor child, by and through his mother and next friend, BRIGITTE HERNANDEZ and BRIGITTE HERNANDEZ, indiviudally request this Honorable

Court enter an Order authorizing settlement of the above-described claim with Defendant, **BRUNSWICK CORPORATION.**

**MONTERO & OCHOA, P.A.**
Attorneys for Plaintiffs
Post Office Box 350248
Fort Lauderdale, FL 33335-0248
Telephone (954) 767-6500
Facsimile (954) 766-2690

_/s/ Janet P. Ochoa_
JANET P. OCHOA
Fla. Bar No. 0119717
ochoa@lexcenter.com
HYRAM M. MONTERO
Fla. Bar No. 0119717
montero@lexcenter.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 1st day of September 2005 to: **Mark D. Bohm, Esq.**, Thornton, Davis & Fein, P.A., 80 Southwest 8th Street, Ste. 2900, Miami, FL 33130, facsimile (305-441-2374).

_/s/ Janet P. Ochoa_
JANET P. OCHOA

### CERTIFICATE OF COUNSEL

**I HEREBY CERTIFY** that I have conferred with counsel for the non-moving party who has no objection to the subject Motion or the relief sought herein.

_/s/ Janet P. Ochoa_
JANET P. OCHOA

---

[1] An out of court settlement was also reached with the motorist who struck the minor Plaintiff for the motorist's BI policy limits.

IN THE CIRCUIT COURT
IN AND FOR BROWARD COUNTY, FLORIDA

RE: Guardianship of RICK HERNANDEZ,   PROBATE DIVISION  Dis Hou T

a minor child,   Case No. 05-0154 - 6 4

_____/

## ORDER AUTHORIZING SETTLEMENT OF MINOR'S CLAIM

THIS CAUSE having come before the Court at a hearing on May 25, 2005 upon the Petition of Elizabeth Hernandez, guardian of RICK HERNANDEZ, a minor for authority to settle the personal injury claims brought on behalf of the minor and the Court having received a report from the Court appointed Guardian Ad Litem, having heard argument on behalf of all interested parties, and it appearing to the Court that settlement of the Minor's claims against Troy Gillett, Union American Insurance Company and Brunswick Corporation is in the best interest of the minor, it is therefore:

ORDERED AND ADJUDGED that:

1. Elizabeth Hernandez as Guardian of the Property of Rick Hernandez and Brigitte Hernandez as mother of Rick Hernandez are authorized to settle the claims against the following parties:

   A. Troy Gillett and Union American Insurance Company; and

   B. Brunswick Corporation.

2. This Court finds that this settlement is in the best interests of the Minor and that the parties have acted in good faith by concluding this settlement.

3. Todd Payne, Esq. as Court appointed Guardian Ad Litem in this matter shall receive $500.00 for his fees and services in this matter.

4. The law firm of Montero & Ochoa, P.A. is authorized to disburse the settlement funds as follows:

| | |
|---|---|
| Gross Amount of Settlement | $ 25,000.00 |
| Less Attorneys fees 28% | $ 7,000.00 |
| **Less:** | |
| Court-approved fees for Guardian Ad Litem | $ 500.00 |
| Costs forwarded by Montero & Ochoa, P.A. | $ 1,005.99 |
| Fees & Costs related to Probate Court/Guardianship – Kathryn | $ 1,200.00 |

A

| | | |
|---|---|---|
| Holtzman, P.A. Reserves for pending costs (balance, if any, to be returned to client within 90 days of this statement) | $ | 194.01 |
| Medical Lien: Health Insurance – Ingenix | $ | 639.35 |
| **NET PROCEEDS TO CLIENT** | $ | 14,460.65 |

5.  Brigitte Hernandez as mother of the minor, Rick Hernandez is hereby instructed to maintain the net proceeds in an interest-bearing, restricted 5-year Certificate of Deposit which cannot be disrupted until the child reaches the age of eighteen (18). _____

_____

_____

DONE AND ORDERED in Chambers, Fort Lauderdale, Broward County, Florida this 24 day of August, 2005.

_____
CIRCUIT COURT JUDGE

cc: Kathryn Holtzman, Esq.
    Janet Ochoa, Esq.
    Todd Payne, Esq.
    Mark Bohm, Esq.

2