**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 04-60169-CIV-SEITZ/BANDSTRA

FILED by ___ D.C.

SEP 1 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RICK HERNANDEZ, a minor child, by and
through his mother and next friend,
BRIGITTE HERNANDEZ, and
BRIGITTE HERNANDEZ, individually,

        Plaintiffs,

v.

BRUNSWICK CORPORATION,

        Defendant.

_____/

**ORDER GRANTING MOTION FOR APPROVAL OF MINOR'S SETTLEMENT**

      THIS MATTER is before the Court upon Plaintiff Rick Hernandez's Motion for Approval of Settlement.  Upon review of the motion, the Order Authorizing Settlement of Minor's Claim entered on August 24, 2005, by the Honorable Martin S. Dishowitz in the Probate case of *In Re: Guardianship of Rick Hernandez*, Case No. 05-0154, and the Report of Todd Payne, Esq., the Court appointed Guardian Ad Litem,  it is hereby

      ORDERED that Plaintiff's Motion for Approval of Minor's Settlement is **[DE 32]** GRANTED. The Settlement is hereby APPROVED.

      ORDERED in Miami, Florida this 9th day of September, 2005.

Patricia A. Seitz

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record